# UNITED STATES BANKRUPTCY COURT
## NORTHERN  **DISTRICT OF**  ILLINOIS
### EASTERN  **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| THOMAS, JAVARI L. | § | Case No. 13-05754 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF AMENDED TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Phillip D. Levey, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Jeffrey P. Allsteadt
U.S. Bankruptcy Court Clerk
219 South Dearborn Street- 7th Floor
Chicago, IL  60614

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 04/07/2015 in Courtroom 744,

United States Courthouse
219 South Dearborn Street
Chicago, IL  60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____     By: Jeffrey P. Allsteadt _____
Clerk of The United States Bankruptcy
Court

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| THOMAS, JAVARI L. | § | Case No. 13-05754 |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF AMENDED TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 50,000.00 |
| and approved disbursements of | $ | 25,398.04 |
| leaving a balance on hand of[1] | $ | 24,601.96 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Phillip D. Levey | $ 5,750.00 | $ 0.00 | $ 5,750.00 |
| Trustee Expenses: Phillip D. Levey | $ 103.50 | $ 0.00 | $ 103.50 |
| Attorney for Trustee Fees: PHILLIP D. LEVEY | $ 4,770.00 | $ 0.00 | $ 4,770.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 10,623.50 |
| Remaining Balance | $ | 13,978.46 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,101.65  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  100.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|-----------|----------|-------------------------|-------------------------|------------------|
| 000001 | Atlas Acquisitions LLC (HSBC Bank USA, N.A.) | $        1,023.16 | $          0.00 | $        1,023.16 |
| 000002 | American InfoSource LP as agent for | $          78.49 | $          0.00 | $          78.49 |
| | Total to be paid to timely general unsecured creditors | | $          1,101.65 | |
| | Remaining Balance | | $        12,876.81 | |

Tardily filed claims of general (unsecured) creditors totaling $ 35,646.93  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  36.1  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|-----------|----------|-------------------------|-------------------------|------------------|
| 000003 | U.S. Department of Education | $        35,646.93 | $          0.00 | $        12,876.81 |

| | | |
|---|---|---|
| Total to be paid to tardy general unsecured creditors | $ | 12,876.81 |
| Remaining Balance | $ | 0.00 |

 

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid _pro rata_ only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Phillip D. Levey _____

Chapter 7 Trustee

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 13-05754-ERW
Javari L. Thomas                                                          Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: dgomez          Page 1 of 1          Date Rcvd: Mar 12, 2015
                             Form ID: pdf006        Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 14, 2015.
db          +Javari L. Thomas,    33 Pheasant Road,    Matteson, IL 60443-1020
20132296    +Advocate Medical Group,    20110 Governors Highway,    Olympia Fields, IL 60461-1088
21626764    +Atlas Acquisitions LLC  (HSBC Bank USA, N.A.),    294 Union St.,    Hackensack, NJ 07601-4303
20046512    +Cornerstone Dept. of Education,    1200 N. 7th Street,    Harrisburg, PA 17102-1419
20046514    +Credit Management LP,   4200 International Parkway,    Carrollton, TX 75007-1912
20132297    +David L Ellens,    6800 Centennial Drive,    Tinley Park, IL 60477-1608
20132298    +Dermatology Associates,    18425 West Creek Drive,    Tinley Park, IL 60477-6767
20132299    +Erin Capital Management,    140 Broadway,    New York, NY 10005-1108
20132300    +Erin Capital Management,    c/o The Schindler Law Firm,    1990 E Algonquin, Suite 180,
              Schaumburg, IL 60173-4164
20132301    +Illinois Collection Service,    PO Box 1010,    Tinley Park, IL 60477-9110,
              Tinley Park, IL 60477-9110
21315886     Immediate Credit Recovery,    P.O. Box 1900,    Wappingers Falls, NY 12590-8900
20437997    +Olympia Fields Dental Association,    2555 W Lincoln Highway,    Suite 107,
              Olympia Fields, IL 60461-1938
20046517    +Professional Account Management Inc.,    633 W. Wisconsin Avenue,    Milwaukee, WI 53203-1920
20046518    +THD/CBNA,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
20046519    +U.S. Department of Educaiton,    P.O. Box 5609,    Greenville, TX 75403-5609
20046520    +U.S. Department of Education,    P.O. Box 5609,    Greenville, TX 75403-5609
22974938     US Department of Education,    P O Box 16448,    St Paul, MN 55116-0448
21315887    +University of Illinois,    c/o McMahan & Sigunick,    412 S Wells Street,
              Chicago, IL 60607-3923

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21936922     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 13 2015 01:22:51
              American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
              Oklahoma City, OK  73124-8848
20092364    +E-mail/Text: bnc@atlasacq.com Mar 13 2015 01:24:57     Atlas Acquisitions LLC,    294 Union St.,
              Hackensack, NJ 07601-4303
20046515    +E-mail/Text: bankruptcy@icsystem.com Mar 13 2015 01:27:04      I C System Inc.,    P.O. Box 64378,
              Saint Paul, MN 55164-0378
20437996    +E-mail/Text: bankruptcy@icsystem.com Mar 13 2015 01:27:04      I C Systems Inc,    PO Box 64378,
              Saint Paul, MN 55164-0378
20046516    +E-mail/Text: mwilkey@midstatecollections.com Mar 13 2015 01:26:40      Midstate Collection SO,
              P.O. Box 3292,    Champaign, IL 61826-3292
                                                                                      TOTAL: 5

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Wilkins Schneller Law, LLC
20046513*   +Cornerstone/Dept. of Education,    1200 N. 7th Street,    Harrisburg, PA 17102-1419
                                                                       TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2015                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 11, 2015 at the address(es) listed below:
              David P Lloyd    on behalf of Debtor Javari L. Thomas courtdocs@davidlloydlaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Phillip D Levey, ESQ    on behalf of Trustee Phillip D Levey, ESQ levey47@hotmail.com,
              plevey@ecf.epiqsystems.com
              Phillip D Levey, ESQ    levey47@hotmail.com,    plevey@ecf.epiqsystems.com
                                                                              TOTAL: 4