# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| THOMAS, JAVARI L. | § | Case No. 13-05754 |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Phillip D. Levey, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 5,000.00                              Assets Exempt: 12,010.00
*(Without deducting any secured claims)*

Total Distributions to Claimants:  17,868.71            Claims Discharged
                                                         Without Payment:  29,520.12

Total Expenses of Administration:  24,631.29

---

3) Total gross receipts of $ 50,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 7,500.00 (see **Exhibit 2**), yielded net receipts of $ 42,500.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 10,640.25 | $ 10,640.25 | $ 10,640.25 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 24,631.29 | 24,631.29 | 24,631.29 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 36,748.58 | 36,748.58 | 7,228.46 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 72,020.12 | $ 72,020.12 | $ 42,500.00 |

4)  This case was originally filed under chapter 7 on 02/15/2013 . The case was pending for 29 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/15/2015           By:/s/Phillip D. Levey
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Personal Injury Litigation | 1142-000 | 50,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 50,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| JAVARI L. THOMAS | Exemptions | 8100-000 | 7,500.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 7,500.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CENTER FOR MINIMALLY INVASIVE SURGE | 4220-000 | NA | 278.25 | 278.25 | 278.25 |
| | RAILROAD RETIREMENT BOARD | 4220-000 | NA | 10,362.00 | 10,362.00 | 10,362.00 |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ 10,640.25** | **$ 10,640.25** | **$ 10,640.25** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| LEVEY, PHILLIP D. | 2100-000 | NA | 5,000.00 | 5,000.00 | 5,000.00 |
| LEVEY, PHILLIP D. | 2200-000 | NA | 103.50 | 103.50 | 103.50 |
| ASSOCIATED BANK | 2600-000 | NA | 59.99 | 59.99 | 59.99 |
| LEVEY, PHILLIP D. | 3110-000 | NA | 4,770.00 | 4,770.00 | 4,770.00 |
| SCHNELLER, GERARD B. | 3210-000 | NA | 12,500.00 | 12,500.00 | 12,500.00 |
| SCHNELLER, GERARD B. | 3220-000 | NA | 2,197.80 | 2,197.80 | 2,197.80 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 24,631.29 | $ 24,631.29 | $ 24,631.29 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |

UST Form 101-7-TDR (10/1/2010) *(Page: 4)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | NA | 78.49 | 78.49 | 78.49 |
| 000001 | ATLAS ACQUISITIONS LLC (HSBC BANK U | 7100-900 | NA | 1,023.16 | 1,023.16 | 1,023.16 |
| 000003 | U.S. DEPARTMENT OF EDUCATION | 7200-000 | NA | 35,646.93 | 35,646.93 | 6,126.81 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 36,748.58 | $ 36,748.58 | $ 7,228.46 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 13-05754 EW Judge: EUGENE R. WEDOFF | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | THOMAS, JAVARI L. | Date Filed (f) or Converted (c): | 02/15/13 (f) |
| | | 341(a) Meeting Date: | 04/05/13 |
| For Period Ending: 07/15/15 | | Claims Bar Date: | 06/06/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Chase Checking Account | 2,000.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 2. Chase Savings Account | 10.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 3. HOUSEHOLD FURNISHINGS | 5,000.00 | 500.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 4. WEARING APPAREL | 500.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 5. Income Tax Refund | 2,000.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 6. FELA Claim (u) | Unknown | 0.00 | | 50,000.00 | FA |
| TOTALS (Excluding Unknown Values) | $9,510.00 | $500.00 | | $50,000.00 | Gross Value of Remaining Assets $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Litigation of FELA claim.

Initial Projected Date of Final Report (TFR): 11/30/14     Current Projected Date of Final Report (TFR): 11/30/14

LFORM1                                                                                                                                  Ver: 18.05

**UST Form 101-7-TDR (10/1/2010)** *(Page: 6)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 13-05754 -EW | Trustee Name: | Phillip D. Levey |
| --- | --- | --- | --- |
| Case Name: | THOMAS, JAVARI L. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******5075 Checking |
| Taxpayer ID No: | *******1825 | | |
| For Period Ending: | 07/15/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/20/14 | 6 | BNSF Railway | SETTLEMENT | | 39,638.00 | | 39,638.00 |
| | | BNSF RAILWAY | Memo Amount: 50,000.00 | 1142-000 | | | |
| | | | SETTLEMENT | | | | |
| | | RAILROAD RETIREMENT BOARD | Memo Amount: ( 10,362.00 ) | 4220-000 | | | |
| | | | Lien | | | | |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.30 | 39,624.70 |
| 12/10/14 | 010001 | Center for Minimally Invasive Surgery | Medical Provider Lien | 4220-000 | | 278.25 | 39,346.45 |
| | | 19110 Darvin Drive | Payment of medical care provider lien per Order dated | | | | |
| | | Mokena, IL 60448 | October 15, 2014. | | | | |
| 12/10/14 | 010002 | Gerard B. Schneller | Special Counsel Fees | 3210-000 | | 12,500.00 | 26,846.45 |
| | | Wailkins Schneller Law, LLC | Special Counsel Fees per Order dated October 15, | | | | |
| | | 1926 Chouteau Ave. | 2014. | | | | |
| | | St. Louis, MO 63103 | | | | | |
| 12/10/14 | 010003 | Gerard B. Schneller | Special Counsel Expenses | 3220-000 | | 2,197.80 | 24,648.65 |
| | | Wailkins Schneller Law, LLC | Special Counsel Expenses per Order dated October | | | | |
| | | 1926 Chouteau Ave. | 15, 2014. | | | | |
| | | St. Louis, MO 63103 | | | | | |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 46.69 | 24,601.96 |
| 05/27/15 | 010004 | JAVARI L. THOMAS | Payment in full of amended claim of exemption filed | 8100-000 | | 7,500.00 | 17,101.96 |
| | | 33 PHEASANT ROAD | May 1, 2015. | | | | |
| | | MATTESON, IL 60443 | | | | | |
| 05/27/15 | 010005 | PHILLIP D. LEVEY | Attorney for Trustee Fees (Trustee | 3110-000 | | 4,770.00 | 12,331.96 |
| 05/27/15 | 010006 | PHILLIP D. LEVEY | Trustee Compensation | 2100-000 | | 5,000.00 | 7,331.96 |
| 05/27/15 | 010007 | PHILLIP D. LEVEY | Trustee Expenses | 2200-000 | | 103.50 | 7,228.46 |
| 05/27/15 | 010008 | Atlas Acquisitions LLC (HSBC Bank USA, N.A.) | Claim 000001, Payment 100.00000% | 7100-900 | | 1,023.16 | 6,205.30 |
| | | 294 Union St. | | | | | |
| | | Hackensack, NJ 07601 | | | | | |
| 05/27/15 | 010009 | American InfoSource LP as agent for | Claim 000002, Payment 100.00000% | 7100-000 | | 78.49 | 6,126.81 |

Page Subtotals   39,638.00   33,511.19

Ver: 18.05

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-05754 -EW | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | THOMAS, JAVARI L. | Bank Name: | ASSOCIATED BANK |
|  |  | Account Number / CD #: | *******5075  Checking |
| Taxpayer ID No: | *******1825 |  |  |
| For Period Ending: | 07/15/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/27/15 | 010010 | T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK 73124-8848<br>U.S. Department of Education<br>P.O. Box 105028<br>St. Paul. MN  55116-0448 | Claim 000003, Payment 17.18748% | 7200-000 |  | 6,126.81 | 0.00 |

|  |  |  |  |  |
|---|---|---|---|---|
| Memo Allocation Receipts: | 50,000.00 | COLUMN TOTALS | 39,638.00 | 39,638.00 | 0.00 |
| Memo Allocation Disbursements: | 10,362.00 | Less:  Bank Transfers/CD's | 0.00 | 0.00 |  |
|  |  | Subtotal | 39,638.00 | 39,638.00 |  |
| Memo Allocation Net: | 39,638.00 | Less:  Payments to Debtors |  | 7,500.00 |  |
|  |  | Net | 39,638.00 | 32,138.00 |  |
|  |  |  | NET | NET | ACCOUNT |
| Total Allocation Receipts: | 50,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 10,362.00 | Checking - ********5075 | 39,638.00 | 32,138.00 | 0.00 |
| Total Memo Allocation Net: | 39,638.00 |  | 39,638.00 | 32,138.00 | 0.00 |
|  |  |  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    6,126.81

Ver: 18.05

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*